IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
| SMYTHE | : | 02-4185 |
| WALLACE | : | 02-4186 |
| COLLINS | : | 02-4230 |
| WOLFSON | : | 02-4253 |
| STARMAN | : | 02-4261 |
| MAXWELL | : | 02-4275 |
| CLAUNCH | : | 02-4309 |
| FONOONI | : | 02-4326 |
|  | : |  |
| vs. | : |  |
|  | : |  |
| BAYER CORPORATION, ET AL | : |  |

# ORDER

**AND NOW**, this 8th day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ] - Order staying these proceedings pending disposition of a related action.

- [ ] - Order staying these proceedings pending determination of arbitration proceedings.

- [ ] - Interlocutory appeal filed

- [x] - Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

JOHN R. PADOVA,       J.


Civ. 13 (8/80)